**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                        Case No.: 19-22952-RAM
                                                                              Chapter 13

    Maria E Mejia
_____Debtor(s)_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| 1-2 | Internal Revenue Service | $485.35 |

Basis for Objection and Recommended Disposition

On or about January 10, 2020, Creditor filed an amended proof of claim in the amount of $485.35 with a priority amount of $95.41. The Creditor alleges that the priority amount is estimated because the Debtor has not filed a return for the 2016 tax year. The Debtor responded to the Creditor stating that the Debtor was not required to file her 2016 taxes because she did not work that year. Debtor requests the portion of the amended claim relating to the 2016 tax year be stricken and disallowed and therefore the claim should be reduced to $389.95 as an unsecured general claim only.

**I FURTHER CERTIFY** that I have contacted and left a voicemail to Creditor's agent in an attempt to resolve these issues without a hearing.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  January 16, 2020                           Respectfully Submitted:
                                                                       Robert Sanchez, P.A.
                                                                       355 West 49th Street
                                                                       Hialeah, FL 33012
                                                                       Fl. Bar No. 0442161
                                                                       Telephone: (305) 687-8008
                                                                       E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)