**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In  re:                                                              Case No.: 19-22952-RAM
                                                                     Chapter 13

        Maria E Mejia
_____Debtor(s)_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

### *IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

***This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).***

        Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 15 | LVNV Funding, LLC / Resurgent Capital Services | $234.14 |

Basis for Objection and Recommended Disposition

On or about December 5, 2019, Creditor filed a general unsecured proof of claim in the amount of $234.14 for an account ending in 2675 for a telecom account. This debt is not listed on the Debtor's schedule "F", which was obtained from the Debtor's credit report. Further, this creditor has failed to attach any substantiating backup documentation to prove its claim. The backup documentation attached indicates this debt was last active on or about January 1, 2000. Therefore, this claim is also barred by the Statute of Limitations. Therefore, this claim should be stricken and disallowed.

Debtor has incurred reasonable and necessary attorney's fees and costs for Debtor's counsel to file this Objection to Claim in response to Creditor's filing of an incorrect and/or improper Proof of Claim, and therefore, respectfully requests this Court award reasonable attorney's fees and costs to Debtor's counsel.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:__May 22, 2020_____            Respectfully Submitted:
                                            Robert Sanchez, P.A.
                                            355 West 49th Street
                                            Hialeah, FL 33012
                                            Fl. Bar No. 0442161
                                            Telephone: (305) 687-8008
                                            E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)