**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Maria E Mejia                                      Case No: 19-22952-RAM

Chapter 13

_____Debtor(s)_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE**
**2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐ No further action is necessary.

2) The following actions have been taken:

☒ The debtor has filed an objection to the proof of claim filed by Objection to Claim of LVNV Funding, LLC / Resurgent Capital Services [# 15-1]_____.

☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

☐ Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on May 22, 2020_____.

                                    Submitted by:
                                    **ROBERT SANCHEZ, P.A.**
                                    Attorney for Debtor
                                    355 W 49th Street
                                    Hialeah, FL 33013
                                    Tel. (305) 687-8008

                                    By:/s/Robert Sanchez_____
                                    Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)